**TN** Department of
**Commerce &
Insurance**

January 09, 2023

Pennsylvania Natl Mut. Cas. Ins. Co.  
P O Box 2361  
Harrisburg, PA 17105-2361  
NAIC # 14990

Certified Mail  
Return Receipt Requested  
7020 1290 0001 6217 7405  
Cashier # 230104

Re:   C & C Wine & Liquor   V.   Pennsylvania Natl Mut. Cas. Ins. Co.

   Docket # 81741

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served January 05, 2023, on your behalf in connection with th above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent  
Service of Process

Enclosures

cc: Circuit Court Clerk  
    Madison County  
    515 S. Liberty St, Ste 200  
    Jackson, Tn 38301

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

# THE SONGSTAD LAW FIRM, P.C.

RANDALL N. SONGSTAD*

* Rule 31 Listed General Civil Mediator

254 Court Ave. # 505
Memphis, TN 38103

Tel: 901-870-5500

Email: rsongstad@gmail.com

December 30, 2022

**VIA U.S. MAIL**
Ms. Jerald Gilbert
State of Tennessee
Department of Commerce and Insurance
500 James Robertson Parkway, 7th Floor
Nashville, TN 37243

Re: Service Documents for Penn National Ins. Co. NAIC Co. Code: 14990

Dear Ms. Gilbert:

Enclosed please find the Service Documents for Penn National Insurance Co. Please serve the Defendant and send the proof of service back to the above address. Also, enclosed is our check for $15.00 for the service fee.

Sincerely,



Randall N. Songstad

RNS:ms
enclosures

| Madison County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 2 | Case Number<br>81741 |
|---|---|---|
| | C &C Wine and Liquor   Vs.   Penn National Insurance Company | |

Served On:

**Penn National Insurance Company**    2 N 2nd St, Harrisburg, Pennsylvania, 17101

**NAIC CoCode: 14990**

You are hereby summoned to defend a civil action filed against you in __Chancery__ Court, __Madison__ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: __September 16, 2022__

_Brandi K. Hill_
Clerk / Deputy Clerk

Attorney for Plaintiff:   Randall N. Songstad
254 Court Ave, Ste 505, Memphis, TN 38103

IF YOU HAVE A DISABILITY AND NEED ASSISTANCE PLEASE CALL 731-988-3070

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____   By: _____
Please Print: Officer, Title

Agency Address _____   Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff _____   Plaintiff's Attorney (or Person Authorized to Serve Process) _____

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

ORIGINAL ISSUED RETURNED TO ATTORNEY

*Rev. 03/11*

| Madison County | STATE OF TENNESSEE<br>CIVIL SUMMONS<br>page 2 of 2 | Case Number<br>81741 |
|---|---|---|
| C &C Wine and Liquor | Vs. Penn National Insurance Company | |

(Attach return receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

Rev. 03/11

**DEFENDANT'S COPY**

# IN THE CHANCERY COURT OF MADISON COUNTY, TENNESSEE
## TWENTIETH-SIXTH JUDICIAL DISTRICT AT JACKSON

| | |
|---|---|
| C AND C WINE AND SPIRITS, INC.<br>And HOYT HAYES CONSTRUCTION,<br>INC. as Assignee<br><br>Plaintiff,<br><br>v.<br><br>PENN NATIONAL INSURANCE<br>COMPANY,<br><br>Defendant. | CHANCERY COURT<br>DOCKET NO. 81741<br><br>FILED<br>TIME: 8:14 A.M.   P.M<br><br>SEP 16 2022<br><br>PAM CARTER<br>CLERK & MASTER<br>BY: B.L. Hill<br>DEPUTY CLERK |

## PETITION FOR DECLATORY JUDGEMENT

COMES NOW, C and C Wine and Spirits, Inc., by and through their attorney of record, Randall N. Songstad, and upon information and belief would state to the court as follows:

### I.  PARTIES TO PROCEEDINGS

1. C and C Wine and Spirits, Inc. is a domestic corporation with its principal place of business located at 2644 N. Highland Ave., Jackson, Tennessee 38305.

2. Claude Heath (Hereinafter referred to as "Heath") is the owner of C & C Wine and Spirits, Inc. and can be served for process at 2644 N. Highland Ave., Jackson, Tennessee 38305.

2. Hoyt Hayes Construction is a domestic corporation with it's principal place of business located at 75 Miller Avenue, Jackson, TN 38305. (Hereinafter referred to as "H.H.").

3. Penn National Insurance Company is a foreign company with its principal place of business located at 2 N 2nd St, Harrisburg, Pennsylvania, 17101. Insurer, NAIC CoCode 14990, is duly licensed to, and has sold Policies of Insurance in Tennessee, including the subject Policy of this Complaint.

## II. JURISDICTION AND VENUE

4. Petitioner incorporates paragraphs 1-3 by reference as if verbatim.

5. Under the Tennessee Rules of Civil Procedure, Rule 57, and as codified in Tennessee Code Annotated § 29-14-101 et seq., this Court has jurisdiction to hear this matter.

6. Venue is proper because the Insured Premises are located in Madison County which makes this Court the Proper Venue.

## IV. STATEMENT OF THE CASE

7. A fire took place at C & C Wine and Spirits, Inc., 2644 N Highland Ave, Jackson, TN 38305 on October 26, 2019. The fire was a total loss and the building was required to be rebuilt. A proof of loss was submitted in a timely manner pursuant to the policy of insurance. The claim was made with Penn National under Policy Number BX9 0737126 which was in full force and effect at the time of the loss. Penn National established a claim number, 09649119, for this claim. To date, Penn National has taken two examinations under oath to investigate coverage and appropriate documentation for the claim. Additionally, documents, invoices, and photographs have been submitted to Penn National, pursuant to the requirements of the Policy of Insurance.

Soon after the date of loss, the owner of C & C Wine and Spirits, Inc., Claude Heath executed an assignment of claim to Josh Hayes of Hoyt Hayes Construction (see Exhibit A).

Plaintiff has made a claim under the policy of insurance for Business Personal Property and Business Interruption coverages (see Policy of Insurance BP 00 03 07 13 at A. Coverage b. 1-5. Additionally see Loss of Business Income at page 7 of 53 under BP 00 03 07 13.). A dispute has arisen between all parties as to the appropriate amount of designated coverages, amount of coverages, and the rights and remedies of all the parties (see Exhibit B).

The Policy of Insurance is a RCV Policy which calls for replacement cost value of all damaged items.

## V.   CAUSE OF ACTION

Pursuant to Tennessee Rule of Civil Procedure 57 and T.C.A. § 29-14-101, Plaintiffs specifically request that this court make a declaration to the rights and remedies of the parties involved and to make a declaration regarding the value of the covered properties pursuant to the Policy of Insurance.

## VI.   PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs specifically request that this court make a declaration to the rights and remedies of the parties involved and to make a declaration regarding the value of the covered properties pursuant to the Policy of Insurance and for any other or further relief as this court deems appropriate.

Respectfully submitted,

Randall Songstad

Randall N. Songstad #018442
254 Court Avenue, Suite 505
Memphis, TN 38103
(901) 870-5500
randy@songstadlawfirm.com

STATE OF TENNESSEE
COUNTY OF MADISON
I, Pam Carter, Clerk & Master of the
Chancery Court at Jackson, Tennessee, certify
that the foregoing and attached is a true copy
of the Petition For Declaratory Judgment
of record in this case.
This _____ day of September, 20 22
          PAM CARTER
          CLERK & MASTER
BY: _____
                                    D.C. & M.

**TN** Department of
**Commerce &
Insurance**

Service of Process
500 James Robertson Parkway
Nashville, TN 37243



7020 1290 0001 6217 7405

**CERTIFIED MAIL®**

Pennsylvania Natl Mut Cas Ins Co
PO Box 2361
Harrisburg, PA 17105-2361

First Class Mail
ComBasPrice

US POSTAGE and PITNEY BOWES
ZIP 37243
02 4W
0000390153   $ 008.06
JAN 13 2023